144 A.3d 715

**STATE of Maryland**

**v.**

**SUTTON, Richard Lee**

**Pet. Docket No. 580, Sept. Term, 2015**

Court of Appeals of Maryland.

August 22, 2016

Petition for writ of certiorari denied.

■

144 A.3d 715

**STATE of Maryland**

**v.**

**TAYLOR, Eugene**

**Pet. Docket No. 577, Sept. Term, 2015**

Court of Appeals of Maryland.

August 22, 2016

Petition for writ of certiorari denied.